IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHONELLE JACKSON, | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | * |
| | * Case No. 2:13-CV-731-WKW-CSC |
| KIM THOMAS, | * |
| | * |
| Commissioner, Alabama | * |
| Department of Corrections, | * |
| | * |
| Respondent. | * |

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C.A. § 2254(h) and 18 U.S.C. § 3599(a)(2), undersigned counsel Angela Setzer and Randall Sussskind respectfully move this Court to appoint them as counsel for Petitioner Shonelle Jackson in this habeas corpus proceeding.  In support of this motion, counsel states as follows:

1. This action involves a petition for writ of habeas corpus under 28 U.S.C. § 2254 in which Mr. Jackson challenges his capital murder conviction and death sentence.  Mr. Jackson is presently an inmate at Holman Prison in Atmore, Alabama. He is indigent and proceeded *in forma pauperis* in all prior state court proceedings

1

in this case.

2.   28 U.S.C. § 2254 (h) requires this Court to appoint counsel, when necessary, to an indigent prison under sentence of death seeking habeas corpus relief under 28 U.S.C. § 2254.  <u>See also</u> 18 U.S.C. § 3599(a)(2) ("In any post conviction proceeding under section 2254 or 2255 of title 28, United States Code, . . . any defendant who is or becomes financially unable to obtain adequate representation. . . . shall be entitled to the appointment of one or more attorneys. . . .").

3.   Undersigned counsel are employed at the Equal Justice Initiative in Montgomery, Alabama, a private non-profit organization.  They are currently representing Mr. Jackson without compensation.

4.   Randall S. Susskind is a member in good standing of the State Bar of Alabama, and of the bars of the United States District Court for the Middle District of Alabama, the United States District Court for the Southern District of Alabama, the United States District Court for the Northern District of Alabama, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.  He has been a member of the bar of the Eleventh Circuit Court of Appeals for over five years and has been representing death-row inmates in Alabama since 1994 at both the state and federal level.

5.   Angela L. Setzer is a member in good standing of the State Bar of

Alabama, and of the bars of the United States District Court for the Middle District of Alabama, the United States District Court for the Southern District of Alabama, the United States District Court for the Northern District of Alabama, the Eleventh Circuit Court of Appeals, and the United States Supreme Court. She been a member of the bar of the Eleventh Circuit Court of Appeals for over five years and has been representing death-row inmates in Alabama since 1999 at both the state and federal level.

      6.      Undersigned counsel have significant experience with capital litigation, devote a substantial portion of their practice to capital litigation in Alabama, and will zealously represent Mr. Jackson in these proceedings.

For these reasons, undersigned counsel respectfully request that this Court appoint them to represent Mr. Jackson in this action.

                                    Respectfully Submitted,

                                    /s/ Angela L. Setzer
                                    Angela L. Setzer (ASB-0140-S77A)
                                    Randall S. Susskind (ASB-4930-S74R)
                                    Equal Justice Initiative
                                    122 Commerce Street
                                    Montgomery, AL  36104
                                    PH:   (334) 269-1803
                                    FAX: (334) 269-1806
                                    EMAIL:   asetzer@eji.org
                                                      rsusskind@eji.org

January 17, 2014

## **CERTIFICATE OF SERVICE**

I certify that on January 17, 2014, a copy of the attached document was served to the following through the CM/ECF system:

>James Houts
>Office of the Attorney General
>501 Washington Avenue
>Montgomery, AL 36104

<u>/S/ Angela L. Setzer</u>
Angela L. Setzer
