IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHONELLE JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-731-WKW-CSC |
| | ) |
| KIM T. THOMAS, | ) |
| Commissioner, Alabama Department | ) |
| of Corrections, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Petitioner has filed a Motion for Appointment of Counsel [D.E. # 14] pursuant to 28 U.S.C. § 2254(h) and 18 U.S.C. § 3599(a)(2).  In order to resolve petitioner's motion and to enable the court to make appropriate orders on an hourly rate for counsel, paralegals, and other employees performing work on this case, an interim voucher submission schedule, and appointment and payment of investigators or experts and other permissible expenses, the court requires counsel to submit a preliminary litigation budget for the court's review.  Counsel shall prepare and deliver a preliminary litigation budget concerning these items to the chambers of United States Magistrate Judge Charles Coody on or before January 31, 2014.  A suggested format for the Litigation Budget is attached to this Order.

Done this 21st day of January, 2014.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

# Format for Proposed Litigation Budget

I. Justify an hourly rate for counsel (include a brief description of counsel's experience and practice). Counsel is advised that in these capital habeas corpus cases the court regularly approves the maximum hourly rate of $178.00 for lead counsel, an hourly rate of $125.00 for associate counsel, and an hourly rate of $50.00 for paralegals.

II. Breakdown counsel's activities as suggested below including specific notation of travel time and costs (i.e. copy charges and airplane fares) associated with each category

      Counsel's Activities:                                 Est. Hours to spend:

1. Prepare petition
2. Prepare budget
3. Prepare for and Participate in case management conference
4. Conduct Discovery (explain the nature)
5. Prepare responsive brief on procedural default and hearing issues and initial brief on merits
6. Prepare reply brief on the merits and merit hearing issues
7. Prepare for evidentiary hearing (explain the nature)
8. Attend evidentiary hearing
9. Prepare post-trial motions

III. Other Expenses
1. Experts (describe services to be performed and include estimated hourly rate and time needed for service to be provided)
2. Investigators (describe services to be performed and include estimated hourly rate and time needed for service to be provided)
3. Paralegals (describe services to be performed and include estimated time needed for the service to be provided)
4. Other miscellaneous expenses

IV. Total Amount of Proposed Budget
    Based upon the fees and expenses identified above, calculate the Total Amount of the Proposed Budget.