## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

SHONELLE JACKSON,      )
      )
   Petitioner,      )
      )
v.      )   Civil Action Number
      )   2:13-CV-731-WKW
CYNTHIA STEWART, Warden,   )
Holman Correctional Facility,   )
      )
      )
   Respondent.      )

## RESPONDENT'S MOTION FOR EXPEDITED REVIEW

Comes now the Respondent, by and through Steve Marshall, the Attorney General of the State of Alabama, and respectfully moves this Honorable Court for expedited review of this matter. Petitioner Jackson filed a reply brief to Respondent's responsive pleading in October 2014. Since that time, no action has occurred in this case aside from the reassignment of this matter to a new magistrate judge, an event that happened over two and one-half years ago.

The Eleventh Circuit has acknowledged that the Anti-terrorism and Effective Death Penalty Act of 1996 was enacted to "reduce [] the potential for delay on the road to finality." *Zack v. Tucker*, 704 F.3d 917, 925 (11th Cir. 2013). The statute's purpose, in part, was to "eliminate [] the delay that habeas filings cause in a case." *In re Davis*, 565 F.3d 810, 817 (11th Cir. 2009). The AEDPA circumscribes federal "review in habeas cases to promote comity, finality, and federalism." *Day*

*v. Crosby*, 391 F. 3d 1192, 1194 (11th Cir. 2004), *aff'd sub nom.*, *Day v. McDonough*, 547 U.S. 198 (2006).

Certain justices of the Supreme Court of the United States have begun voicing concerns about the length of time prisoners remain on death row prior to the execution of their sentences. *See, e.g.*, *Glossip v. Gross*, 135 S. Ct. 2726, 2755-77 (2015) (Breyer, J., joined by Ginsberg, J., dissenting); *Knight v. Florida*, 120 S. Ct. 459, 461-65 (2009) (Mem.) (Breyer, J., dissenting). Based on the passage of more than three-and-one-half years since Jackson filed his traverse, Respondent asks this Court to expedite consideration of this matter in conformity with the AEDPA's purposes and to avoid unfair scrutiny of this matter by the Supreme Court.

Respondent is sensitive to the fact that this Court is in the midst of a judicial emergency as determined by the Judicial Conference. Nonetheless, Respondent respectfully prays that this Court will expedite consideration of this matter to permit the State of Alabama to obtain finality of judgment and sentence.

Respectfully submitted on this the 14th day of August, 2018.

Steve Marshall
*Attorney General*

**_s/ James R. Houts_**
James R. Houts (ASB-1321-T77J)
*Deputy Attorney General*
State of Alabama
Office of the Attorney General

2

501 Washington Avenue
Montgomery, AL  36130-0152
Tel: (334) 242-7300
Fax: (334) 353-3637
Email: jhouts@ago.state.al.us
        docketroom@ago.state.al.us

## CERTIFICATE OF SERVICE

I certify that on August 14, 2018, I served a copy of the foregoing brief upon counsel for the Petitioner by filing the same via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to the **Hon. Angela L. Setzer, Esq. and Randall S. Susskind, Esq.** The foregoing was served on the following non-CM/ECF participants:  **None**.


*s/ James R. Houts*
James R. Houts (ASB-1321-T77J)
*Alabama Assistant Attorney General*
 State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130-0152
Tel: (334) 242-7300
Fax: (334) 353-3637
Email: jhouts@ago.state.al.us